**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.L. OVERTON,<br><br>                    Plaintiff,<br><br>            v.<br><br>WARDEN et al.,<br><br>                    Defendants. | ) Case No. CV 16-4083-R (JPR)<br>)<br>)<br>)  **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

     Under the Order Dismissing Plaintiff's Complaints,

     IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 5, 2016    _____
                        MANUEL REAL
                        U.S. DISTRICT JUDGE